VAN BEUREN et al., Appellants, v. LAZARUS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1896.) Action by Elizabeth S. Van Beuren and others against Sarah Lazarus and others. William Mitchell, for appellants. Nelson S. Spencer, for respondents.

PER CURIAM. For the reasons stated in the opinion of Mr. Justice Williams in the case of Van Beuren v. Wotherspoon, 42 N. Y. Supp. 404 (decided herewith), the judgment appealed from should be reversed, and a judgment entered appointing a suitable person to appraise and value the lot and building, etc., as prayed in the complaint, with costs of the action and of the appeal.